**EXHIBIT A - 1**

DE-406
(Rev. 07/01/19)
Page 1 of 2

# STATE OF MAINE

__Knox__ COUNTY PROBATE COURT        DOCKET NO. __2018-0145(1)__

Estate of __Robert Indiana aka Robert Earl Clarke__        **INTERIM**
Decedent                                                     PROBATE ACCOUNT[1]

This accounting is the __Interim__ account. It covers the period beginning __May 25, 2018__ and ending __October 1, 2019__ An inventory dated _____ was completed for this Estate on _____. The inventory was filed with this Court on __none__ (if none, enter "none"). Prior account(s) were filed on __none__ (if none, enter "none").

1. That inventory or prior account showed (Note: fill in every line. If zero, enter "0").

| | |
|---|---|
| Tangible personal property with a net value of | $ __85,500,000.00__ |
| Real Estate with a net value of | $ __1,498,900.00__ |
| Intangible personal property with a net value of | $ __2,739,558.38__ |
| Total | $ __89,738,458.38__ |

2. Since the date of the inventory or last accounting, the Estate has had:

| | |
|---|---|
| Income in the amount of (See attached Schedule A) | $ __8,927,572.85__ |
| Expenses in the amount of (See attached Schedule B) | $ __5,108,735.10__ |
| Exemptions/Allowances in the amount of (See attached Schedule C)[2] | $ _____ |
| Distributions in the amount of (See attached Schedule D) | $ __1,498,900.00__ |

3. Current net Estate balances are:

| | |
|---|---|
| Tangible personal property | $ __85,500,000.00__ |
| Intangible personal property | $ __3,976,333.33__ |
| Total | $ __89,476,333.33__ |

4. Maine Estate Tax Statement (Check One)

☐ (a) Maine Estate Taxes have been paid and proof of the same is attached

☒ (b) Maine Estate Taxes are not due

☐ (c) Maine Estate Taxes are still uncertain

☐ (d) Maine Estate Taxes are certain but payment has not been made

**EXHIBIT A - 2**

DE-406
(Rev. 07/01/19)
Page 2 of 2

The Personal Representative affirms, under penalty of perjury, that the foregoing account is true and accurate to the best of the Personal Representative's knowledge and belief. The Personal Representative has detailed records in the Personal Representative's possession to verify the same and will make them available for inspection to persons with a right to review them or to the Court upon written request.

Dated: __12/2/19__

_____
Personal Representative

Date: _____

_____
Co-Personal Representative (if applicable)

Attorney for Personal Representative, if any:

_____
Name

_____
Address

_____
Address

_____
Phone Number

_____
Maine Bar Number

_____
Email Address

---

[1] 18-C M.R.S. §§ 3-107, 3-1001 and 3-1002
[2] 18-C M.R.S. §§ 2-401 et seq.

MARP

| Chk Code | Date | Payee | Description | Deposit |
|---|---|---|---|---|
|  | | Schedule A: Estate of Robert Indiana Income | | |
|  | | May 25, 2018 - October 1, 2019 | | |
|  | 5/25/2018 | CNB - Estate Checking #0969 | Deposit from Client Trust | $ 200,000.00 |
|  | 5/29/2018 | CNB - Estate Checking #0969 | $100 conterfeit concern; CNB accepted money | $ 100.00 |
|  | 5/29/2018 | CNB - Estate Checking #0969 | 4 packages of cash given to JWB in bag by Yvonne Thomas on 5/26/18 trip to VH | $ 179,800.00 |
|  | 7/9/2018 | CNB - Estate Checking #0969 | Cash deposit - found at schoolhouse | $ 95,800.00 |
| 984079 | 7/13/2018 | CNB - Estate Checking #0969 | Metropolitan Museum of Art to Robert Indiana; ref. 052518 | $ 1,530.00 |
|  | 7/25/2018 | CNB - Estate Checking #0969 | account transfer - closing of R. Indiana personal checking acct #3914 | $ 1,433,908.26 |
| 46037 | 9/17/2018 | CNB - Estate Checking #0969 | Burpee, Carpenter, & Hutchins Funeral Home: Refund monies left in mortuary trust | $ 1,711.06 |
|  | 11/13/2018 | CNB - Estate Checking #0969 | Bruce Gamage, Jr.: Payment for 1/2 airfare and 1/2 hotel to NYC for auction | $ 766.50 |
| 6590 | 11/13/2018 | CNB - Estate Checking #0969 | Susan Sheehan Gallery: payment for artwork on consignment and sold at gallery; invoice emailed on 10/23 | $ 12,250.00 |
| 11907117 | 11/26/2018 | CNB - Estate Checking #0969 | State of Maine: IRS income refund | $ 89,324.00 |
| 2080 | 12/19/2018 | CNB - Estate Checking #0969 | Deposit from Client Trust | $ 200,000.00 |
|  | 1/9/2019 | CNB - Estate Checking #0969 | Christie's Auction House NYC: payment for sale of "Orange Blue" | $ 2,300,000.00 |
|  | 1/17/2019 | CNB - Estate Checking #0969 | Christie's Auction House NYC: payment for sale of "Ruby" | $ 2,700,000.00 |
| 988195 | 2/8/2019 | CNB - Estate Checking #0969 | Deposit: Metropolitan Museum | $ 1,200.00 |
| 988523 | 2/8/2019 | CNB - Estate Checking #0969 | Deposit: Metropolitan Museum | $ 600.00 |
|  | 3/20/2019 | CNB - Estate Checking #0969 | Gmurzynska Gallery: payment for sale of "Silver Plinth" | $ 400,000.00 |
| 12233 | 4/30/2019 | CNB - Estate Checking #0969 | Pierce Atwood LLP: Refund of advance payment retainer | $ 10,000.00 |
| 9214 | 4/30/2019 | CNB - Estate Checking #0969 | Robert Butler: Dock rental at 3 Clamshell Alley (Sail Loft) | $ 1,000.00 |
|  | 6/10/2019 | CNB - Estate Checking #0969 | MECCA LLC: Royalty check for MECCA Floor prints | $ 726.46 |

EXHIBIT A - 3

| | | | | |
|---|---|---|---|---|
| | 6/12/2019 | CNB - Estate Checking #0969 | Susan Sheehan Gallery: sale of "The American Art" serigraph (old check undelivered to Indiana) | $ 650.00 |
| | 7/16/2019 | CNB - Estate Checking #0969 | Gmurzynska Gallery: payment for the sale of "Rum Run" | $ 299,975.00 |
| 1281 | 7/18/2019 | CNB - Estate Checking #0969 | **Confidential**: payment for sale of 2 Chinese LOVE (red/blue) & (blue/red) | $ 500,000.00 |
| 820853 | 7/31/2019 | CNB - Estate Checking #0969 | MECCA LLC: Royalty check for MECCA Floor prints | $ 105.00 |
| | 10/1/2019 | CNB Client Trust - Robert Indiana | Balance as of 10/1/2019 | $ 498,126.57 |

**Total Estate Income**     $ **8,927,572.85**

**EXHIBIT A - 5**

## Schedule B: Estate of Robert Indiana Expenses
### May 25, 2018 to October 1, 2019

| Attorney's Fees | | Amount |
|---|---|---:|
| Pierce Atwood LLP | $ | 211,907.51 |
| Hogan Lovells LLP | $ | 1,562,040.95 |
| LeBlanc & Young LLP | $ | 16,128.44 |
| Kelley Mellenthin, Esq. | $ | 645.07 |
| Preti Flaherty | $ | 96,303.30 |
| Venable LLP | $ | 1,397,611.32 |
| **TOTAL** | **$** | **3,284,636.59** |

| Personal Representative Fees and Expenses | | |
|---|---|---:|
| James W. Brannan, PR | $ | 550,000.00 |
| **TOTAL** | **$** | **550,000.00** |

| Security Services: 24/7 Safeguard of Indiana's Artwork & Properties (after his death) | | |
|---|---|---:|
| Pinkerton Security (Artwork & SoH security) | $ | 205,811.53 |
| Tidewater Motel (Pinkerton agents housing) | $ | 3,880.40 |
| Down Easter Rentals (Pinkerton agents housing) | $ | 1,666.32 |
| **TOTAL** | **$** | **211,358.25** |

| Appraisal and Removal of Indiana's Artwork and Contents to Secure Facilities | | |
|---|---|---:|
| Bruce Gamage, Jr., Estate Appraiser | $ | 284,616.65 |
| Whitney Art Works LLC | $ | 76,119.79 |
| Melissa Hamilton | $ | 26,800.00 |
| **TOTAL** | **$** | **387,536.44** |

| Storage Rent | | |
|---|---|---:|
| Rachel Noyes - "Schoolhouse" rental | $ | 3,037.50 |
| Facility #1 | $ | 39,405.14 |
| Facility #2 | $ | 40,280.00 |
| 7 Limerock Street - rental to Estate | $ | 30,000.00 |
| **TOTAL** | **$** | **112,722.64** |

**Indiana Property Expenses**

# EXHIBIT A - 6

| | | |
|---|---:|---:|
| Maine Water | $ | 3,516.55 |
| Vinal Energy | $ | 426.29 |
| Fox Islands Electric Co. | $ | 4,479.45 |
| C.W. Conway & Sons Builders | $ | 4,107.64 |
| Viking Lumber | $ | 1,383.61 |
| Burley Partnership | $ | 6,300.00 |
| Conlan Plumbing | $ | 1,250.00 |
| Horch Roofing | $ | 72,365.00 |
| Seacoast Security | $ | 16,099.68 |
| Sargent Lock & Safe | $ | 3,921.03 |
| Jeff Aronson Landscaping | $ | 737.50 |
| Vinalhaven Transfer Station | $ | 739.00 |
| | **TOTAL $** | **115,325.75** |

### Litigation Expenses

| | | |
|---|---:|---:|
| Knox County Probate | $ | 5.00 |
| Galucki Reporting | $ | 2,671.00 |
| USPS | $ | 134.33 |
| Rockbound Computer | $ | 217.70 |
| K2 Intelligence | $ | 9,630.00 |
| FTI Consulting Technology LLC | $ | 67,756.81 |
| Ronald C. Gentile, MD | $ | 13.50 |
| Cynthia D'Ambrosio | $ | 60.00 |
| | **TOTAL $** | **80,488.34** |

### Insurance

| | | |
|---|---:|---:|
| Allen Insurance | $ | 120,273.00 |
| MMG Insurance | $ | 3,138.00 |
| J. Edward Knight | $ | 1,236.00 |
| | **TOTAL $** | **124,647.00** |

### Taxes

| | | |
|---|---:|---:|
| State of Maine Treasurer | $ | 51,273.00 |
| Back River Group (2017 Indiana tax returns) | $ | 1,120.00 |
| Berry Dunn (Preparation of Estate returns) | $ | 10,955.00 |
| Town of Vinalhaven - Real Estate Taxes | | $16,664.24 |
| | **TOTAL $** | **80,012.24** |

**EXHIBIT A - 7**

### Misc. Expenses

| | | |
|---|---:|---:|
| Knox County Registry of Deeds | $ | 34.00 |
| Harland Clarke - CNB check order | $ | 83.75 |
| CNB Wire Transfer Fees | | $85.00 |
| Island Community Medical Services (Invoice for Indiana, unpaid by Thomas) | $ | 2,011.00 |
| Rockland Animal Hospital (Woofy) | $ | 2,224.92 |
| Spectrum (Final invoices for cable & internet) | $ | 163.27 |
| Consolidated Communication (Indiana's phone accounts - final invoices) | $ | 643.41 |
| State of Maine (copies of death certificate) | $ | 15.00 |
| Williamstown Art Conservation Center | $ | 150.00 |
| Tuckerbrook Conservation (EAT) | $ | 6,260.00 |
| Ron Wooster | $ | 225.00 |
| Garold Demmons | $ | 112.50 |
| **Total** | **$** | **12,007.85** |

### Distribution

| | | |
|---|---:|---:|
| Star of Hope, Inc. | $ | 150,000.00 |
| **TOTAL** | **$** | **150,000.00** |

| Schedule B: Estate of Robert Indiana Expenses Rundown |
|---|
| May 25, 2018 to October 1, 2019 |

| EXPENSE | | TOTAL |
|---|---|---|
| Attorney's Fees | | $ 3,284,636.59 |
| Personal Representative Fees & Expenses | | $ 550,000.00 |
| Security Services: 24/7 Safeguard | | $ 211,358.25 |
| Appraisal and Removal of Indiana's Artwork and Contents to Secure Facilities | | $ 387,536.44 |
| Storage Rent | | $ 112,722.64 |
| Indiana Property Expenses | | $ 115,325.75 |
| Litigation Expenses | | $ 80,488.34 |
| Insurance | | $ 124,647.00 |
| Taxes | | $ 80,012.24 |
| Misc. Expenses | | $ 12,007.85 |
| Distribution | | $150,000.00 |

| Total Estate Expenses | | $ 5,108,735.10 |
|---|---|---|

| Schedule D: Estate of Robert Indiana Distributions ||||
|---|---|---|---|
| May 25, 2018 - October 1, 2019 ||||
| Distribution Date | Distribution | To | Value |
| 9/9/2019 | Star of Hope situated at 46 Main Street in Vinalhaven, ME | Star of Hope, Inc. | $ 481,900.00[1] |
| 9/9/2019 | House situated at 10 Main Street in Vinalhaven, ME | Star of Hope, Inc. | $ 158,000.00[1] |
| 9/9/2019 | House situated at 7 Windy Way in Vinalhaven, ME | Star of Hope, Inc. | $ 500,000.00[1] |
| 9/9/2019 | Studio situated at 3 Clamshell Alley in Vinalhaven, ME | Star of Hope, Inc. | $ 359,000.00[1] |

Total Distribution $ 1,498,900.00

[1] These numbers are based upon the Vinalhaven Tax assessor's valuation for 2018.

EXHIBIT A - 9