# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCKENZIE, individually and doing business as AMERICAN IMAGE ART, an unincorporated dba,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES W. BRANNAN, as personal representative of THE ESTATE OF ROBERT INDIANA, and AARON M. FREY, only in his official capacity as Attorney General of the State of Maine,<br><br>    Defendants. | CIVIL NO. 20-cv- |

## SEALED EXHIBIT TO
## VERIFIED COMPLAINT SEEKING BOTH DECLARATORY RELIEF AND SPECIFIC ENFORCEMENT RELATING TO A BINDING MEDIATION AGREEMENT

The below exhibit to the Verified Complaint is being filed under seal:

1. **Exhibit E** – Confidential and Binding Term Sheet Between Michael McKenzie, individually, and as agent of American Image Art (together, "AIA") and the Estate of Robert Indiana (the "Estate")