# EXHIBIT F - 1

**From:** John Simoni
**Sent:** Wednesday, November 27, 2019 10:10 AM
**To:** Boyle, Edward P.; AAA Mansi Karol, Esq.
**Cc:** Becky Baek; Beeber, Jessie F.; Nawaday, Kan M.; Vazquez, John C.
**Subject:** RE James W Brannan as the Personal Representative v Michael McKenzie and American Image Art  Case 011900019789  joint request for adjournment of preliminary telephone conference

*** External E-Mail – Use Caution ***


HI Ms Karol

Ditto for Respondents-Counterclaimants

Happy Thanksgiving.


--

John Simoni

Partner

Goetz Fitzpatrick LLP | 212.695.8100 x320


**From:** Boyle, Edward P. [mailto:EPBoyle@Venable.com]
**Sent:** Wednesday, November 27, 2019 10:05 AM
**To:** AAA Mansi Karol, Esq. (MansiKarol@adr.org)
**Cc:** John Simoni; Becky Baek; Beeber, Jessie F.; Nawaday, Kan M.; Vazquez, John C.
**Subject:** James W. Brannan, as the Personal Representative v. Michael McKenzie and American Image Art - Case 01-19-0001-9789 - joint request for adjournment of preliminary telephone conference


Dear Ms. Karol -


I am counsel to petitioner in the action referenced above, and write on behalf of

**EXHIBIT F - 2**

all parties in the action.  We are pleased to report that the parties have signed a term sheet that resolves all claims and counterclaims in this action.  The parties request a one-month adjournment of the December 6 telephone conference with the Panel, to allow time for the preparation and execution of the settlement agreement and related documentation.

We appreciate your consideration.

Happy Thanksgiving.

**Edward P. Boyle | Venable LLP**

**t** 212.808.5675 **| f** 212.307.5598 **| m** 646.339.8080
1270 Avenue of the Americas, New York, NY 10020

EPBoyle@Venable.com | www.Venable.com

*************************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
*************************************************************************