## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **MICHAEL McKENZIE**, *individually, and d/b/a American Image Art*,<br><br>PLAINTIFF<br><br>v.<br><br>**JAMES W. BRANNAN,** *as Personal Representative of the Estate of Robert Indiana*<br><br>AND<br><br>**AARON M. FREY,** *in his official capacity as Attorney General of the State of Maine*,<br><br>DEFENDANTS | CIVIL NO. 2:20-CV-262 |

## ORDER OF RECUSAL

As a senior judge, I am not taking cases involving requests for temporary restraining orders or preliminary injunctions. Accordingly, the Clerk's Office shall randomly reassign this case.

SO ORDERED.

DATED THIS 17TH DAY OF AUGUST, 2020

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**