UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCKENZIE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:20-cv-00262-JAW |
| ) | |
| ) | |
| JAMES W. BRANNAN, et al ) | |
| ) | |
| Defendants. ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 15th day of December, 2021.