IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCKENZIE, individually and doing business as AMERICAN IMAGE ART, an unincorporated dba,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES W. BRANNAN, as personal representative of THE ESTATE OF ROBERT INDIANA, and AARON M. FREY, only in his official capacity as Attorney General of the State of Maine,<br><br>   Defendants. | CIVIL NO. 2:20-cv-00262-NT |

**JOINT MOTION TO SET TRIAL DATE**

Plaintiff Michael McKenzie, joined by James W. Brannan as personal representative of the Estate of Robert Indiana, and Aaron M. Frey, in his official capacity as Attorney General of the State of Maine, through undersigned counsel, respectfully move to set this matter for trial on a date certain. Undersigned counsel for the parties believe that three days should be set aside for a trial on the merits and are available April 11 through 15 and April 19 through 22, 2022, if available on the Court's calendar.

Date: January 27, 2022                                        Respectfully submitted,

*/s/ John J.E. Markham, II*                                  */s/ Linda Conti,*_____
John J.E. Markham, II (ME Bar No. 2674)       Linda Conti (ME Bar No. 3638)
MARKHAM READ ZERNER LLC                  Assistant Attorney General
908 Maine Street                                              Office of the Attorney General
Waldoboro, Maine 04572                                 6 State House Station
Tel: (207) 790-8049                                          Augusta, Maine 04333-0006
and                                                                    Tel: 207-626-8591
One Commercial Wharf West                           Linda.conti@maine.gov
Boston, Massachusetts 02110
Tel: (617) 523-6329

| | |
|---|---|
| Fax: (617)742-8604<br>jmarkham@markhamreadzerner.com<br><br>Attorneys for Michael McKenzie | /s/ Seth W. Brewster<br>Seth W. Brewster<br>Eaton Peabody<br>100 Middle Street<br>P.O. Box 15235<br>Portland, Maine 04112-5235<br>Tele: 207.274.5266<br>Direct Dial: 207.430.8807<br>Fax: 207.274.5286<br>sbrewster@eatonpeabody.com<br><br>Attorney for the Estate of Robert Indiana |

## CERTIFICATE OF SERVICE

I, Bridget A. Zerner, do hereby certify that on January 27, 2022, I served a copy of the foregoing on all counsel of record via the CM/ECF filing system.

/s/ Bridget A. Zerner
Bridget A. Zerner