UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCKENZIE, individually and doing business as AMERICAN IMAGE ART, an unincorporated dba,<br><br>Plaintiff,<br><br>v.<br><br>JAMES W. BRANNAN, as personal representative of THE ESTATE OF ROBERT INDIANA, and AARON M. FREY, only in his official capacity as Attorney General of the State of Maine,<br><br>Defendants. | Civil No. 2:20-cv-00262 |

**CONSENTED-TO MOTION BY BODIE B. COLWELL AND SIGMUND D. SCHUTZ FOR LEAVE TO WITHDRAW AS ATTORNEYS FOR DEFENDANT JAMES W. BRANNAN AND INCORPORATED MEMORANDUM OF LAW**

Attorneys Bodie B. Colwell and Sigmund D. Schutz, pursuant to D.Me.L.R. 83.2, move for leave of court to withdraw their appearances as counsel for James W. Brannan, as personal representative of the Estate of Robert Indiana.

Because Mr. Brannan is being seamlessly represented by other counsel, granting this motion will not prejudice Mr. Brannan or the Court's orderly administration of this action. Attorneys Seth W. Brewster and Alfred Joseph Falzone III have entered an appearance as counsel to Mr. Brannan per ECF No. 76 and 77. Mr. Brannan consents to this motion.

WHEREFORE, the undersigned respectfully request that the Court grant this motion.

Dated at Portland, Maine, this 31st day of January, 2021

/s/ Bodie B. Colwell
Bodie B. Colwell, Esq.

/s/ Sigmund D. Schutz
Sigmund D. Schutz, Esq.


Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME  04112-9546
(207) 791-3000
bcolwell@preti.com
sschutz@preti.com

18506883.1