# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCKENZIE, individually and doing business as AMERICAN IMAGE ART, an unincorporated dba,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES W. BRANNAN, as personal representative of THE ESTATE OF ROBERT INDIANA, and AARON M. FREY, only in his official capacity as Attorney General of the State of Maine,<br><br>　　　　Defendants. | CIVIL NO. 20-cv-00262-NT |

## WITHDRAWAL OF APPEARANCE

The undersigned attorney, Linda Conti hereby withdraws her appearance as attorney of record for the State of Maine in the above-captioned cases. Ms. Conti is retiring from the Maine Attorney General's Office on April 30, 2022 and as such will no longer represent the State of Maine as of that date. The State of Maine will continue to be represented by alternate counsel, Christina M. Moylan. Accordingly, the withdrawal of Ms. Conti will not impact the representation of the State of Maine or result in any delay in these proceedings.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　By:  /s/ Linda Conti_____
　　　　　　　　　　　　　　　　　　　　　Linda Conti
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　　　　6 State House Station
　　　　　　　　　　　　　　　　　　　　　Augusta, Maine 04333-0006
　　　　　　　　　　　　　　　　　　　　　Tel: (207) 626-8800
　　　　　　　　　　　　　　　　　　　　　Fax: (207) 624-7730
　　　　　　　　　　　　　　　　　　　　　Email: Linda.conti@maine.gov

## CERTIFICATE OF SERVICE

I, Linda J. Conti, hereby certify that on April 28, 2022, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants as identified in the CM/ECF electronic filing system for this matter.

/s/ Linda J. Conti
Linda J. Conti
Assistant Attorney General
