# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCKENZIE, individually and doing business as AMERICAN IMAGE ART, an unincorporated dba,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES W. BRANNAN, as personal representative of THE ESTATE OF ROBERT INDIANA, and AARON M. FREY, only in his official capacity as Attorney General of the State of Maine<br><br>      Defendants. | Civil Action No.: 2:20-cv-00262-NT |

## DEFENDANT JAMES W. BRANNAN'S WITNESS LIST

Defendant James W. Brannan ("Defendant," "the Estate," or "Brannan") hereby submits its witness list as follows:

| Name and address | Subject matter of testimony | Estimated time for examination |
|---|---|---|
| James W. Brannan<br>c/o Seth W. Brewster<br>Eaton Peabody<br>100 Middle Street<br>P.O. Box 15235<br>Portland, ME  04112-5235 | • Background of Estate<br>• Negotiation of Term Sheet; Negotiation of Settlement Agreement/ Production Agreement<br>• Post-mediation conduct of McKenzie | Direct: 1.5 hours |
| Michael McKenzie<br>c/o John Markham<br>Markham & Read<br>One Commercial Wharf West<br>Boston, MA  02110 | • Negotiation of Term Sheet; Negotiation of Settlement Agreement/ Production Agreement<br>• Post-mediation conduct | Cross: 2.0 hours |
| Osvaldo Gonzalez<br>171 Goldens Bridge Road<br>Katonah, NY  10536 | • Negotiation of Term Sheet<br>• Post-mediation conduct of McKenzie | Cross: 1.0 hours |
| Lawrence Sterrs<br>c/o William S. Kelly, Esq.<br>Kelly & Associates, LLC<br>96 High Street<br>Belfast, ME  04915 | • Background of Star of Hope<br>• Participation in the mediation<br>• Post-mediation conduct of McKenzie | Direct: 1.0 hours |

| | | |
|---|---|---|
| Edward Boyle, Esq.<br>Venable LLP<br>1270 Avenue of the Americas<br>New York, NY  10020 | • Negotiation of Term Sheet; Negotiation of Settlement Agreement/ Production Agreement<br>• Post-mediation conduct of McKenzie | Direct: 1.5 hours |
| Sigmund D. Schutz, Esq.<br>Preti Flaherty<br>One City Center<br>Portland, ME  04112-9546 | • Negotiation of Term Sheet | Direct: 0.5 hours |
| John Simoni, Esq.<br>Goetz Fitzpatrick LLP<br>One Penn Plaza, 31st Floor<br>New York, NY  10119 | • Negotiation of Term Sheet; Negotiation of Settlement Agreement/ Production Agreement<br>• Post-mediation conduct of McKenzie | Cross: 1.5 hours |

                        JAMES W. BRANNAN,

                        By his attorneys,

DATED:  July 11, 2022          /s/ Seth W. Brewster
                                          Seth W. Brewster, Esq., Bar No. 3741
                                          Alfred J. Falzone, Esq., Bar No. 6497
                                          Counsel for Defendant James W. Brannan

EATON PEABODY
100 Middle Street
P.O. Box 15235
Portland, ME  04112-5235
(207) 274-5266
sbrewster@eatonpeabody.com
afalzone@eatonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, I electronically filed Defendant Brannan's Witness List using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

/s/ Seth W. Brewster
Seth W. Brewster, Esq.