# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCKENZIE, individually and doing business as AMERICAN IMAGE ART, an unincorporated dba,<br><br>    Plaintiff,<br><br> v.<br><br>JAMES W. BRANNAN, as personal representative of THE ESTATE OF ROBERT INDIANA, and AARON M. FREY, only in his official capacity as Attorney General of the State of Maine<br><br>    Defendants. | Civil Action No.: 2:20-cv-00262-NT |

## DEFENDANT ATTORNEY GENERAL'S WITNESS LIST

Defendant Attorney General Aaron M. Frey, in his capacity as Attorney General of the State of Maine hereby submits his witness list as follows:

| Name and address | Subject matter of testimony | Estimated time for examination |
|---|---|---|
| Lawrence Sterrs<br>c/o William S. Kelly, Esq.<br>Kelly & Associates, LLC<br>96 High Street<br>Belfast, ME 04915 | • Participation in the mediation<br>• Impact of Term Sheet on Star of Hope<br>• Post-mediation conduct of McKenzie | Direct: .5 hours |
| Nathaniel S. Putnam, Esq.<br>Eaton Peabody<br>80 Exchange St.<br>Bangor, ME 04401 | • Participation in the mediation<br>• Impact of Term Sheet on Star of Hope<br>• Post-mediation conduct of McKenzie | Direct: .5 hours |

AARON M. FREY<br>
ATTORNEY GENERAL OF THE<br>
STATE OF MAINE

DATED: July 11, 2022  /s/ Christina M. Moylan
Christina M. Moylan
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800
christina.moylan@maine.gov

Counsel for Attorney General Aaron M. Frey

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2022, I electronically filed Defendant Attorney General's Witness List using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

/s/ Christina M. Moylan
Christina M. Moylan