CASE NAME:  McKenzie v. Brannan, et al.

DOCKET NO:  2:20-cv-00262-NT

# Joint Exhibit List [No Objections]

| Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 1. | Agreement with Art Editions, 8/11/2008, with Addendums (the "HOPE" Agreement) | | | | |
| 2. | Confidential and Binding Term Sheet, 11/26/2019 | | | | |
| 3. | Cease & Desist Letter from Brannan to McKenzie, 5/9/2019 | | | | |
| 4. | McKenzie AAA Pleading, 8/22/2019 | | | | |
| 5. | McKenzie Mediation Statement, 11/18/2019 | | | | |
| 6. | Mediation Sign in Sheet, 11/25/2019 | | | | |
| 7. | E-mail, 11/25/2019, M. McKenzie, P. Coughlan | | | | |
| 8. | E-mail, 11/26/2019, M. McKenzie, All Parties | | | | |
| 9. | E-mail, 11/26/2019, M. McKenzie, S. Brewster | | | | |
| 10. | E-mail, 11/26/2019, S. Shultz, E. Boyle (with attachment) | | | | |
| 11. | E-mail, 11/26/2019, S. Shultz, J. Simoni (with attachment) | | | | |
| 12. | E-mail, 11/26/2019, J. Simoni, S. Shultz | | | | |
| 13. | E-mail, 12/12/2019, M. McKenzie, Multiple Parties (with attachment) | | | | |
| 14. | E-mail, 11/27/2019, J. Simoni, E. Boyle to AAA | | | | |
| 15. | E-mail, 11/29/2019, M. McKenzie, Multiple Parties | | | | |
| 16. | E-mail, 12/05/2019, M. McKenzie, Third-Parties (with attachment) | | | | |
| 17. | E-mail, 12/06/2019, P. Coughlan, M. McKenzie | | | | |
| 18. | E-mail, 12/09/2019, M. McKenzie, J. Simoni & E. Boyle | | | | |

| Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 19. | E-mail, 12/09/2019, E. Boyle, J. Simoni | | | | |
| 20. | E-mail, 12/09/2019, M. McKenzie, Third-Parties | | | | |
| 21. | E-mail, 12/09/2019, M. McKenzie, S. Brewster | | | | |
| 22. | E-mail, 12/12/2019, M. McKenzie, J. Simoni | | | | |
| 23. | E-mail, 12/12/2019, J. Simoni, E. Boyle | | | | |
| 24. | E-mail, 12/13/2019, M. McKenzie, P. Coughlan | | | | |
| 25. | E-mail, 12/16/2019, E. Boyle, J. Simoni (with attachment) | | | | |
| 26. | E-mail, 12/17/2019, E. Boyle, J. Simoni (with attachment) | | | | |
| 27. | E-mail, 12/17/2019, M. McKenzie, J. Simoni | | | | |
| 28. | E-mail, 12/17/2019, M. McKenzie, P. Coughlan, S. Brewster, L. Conti | | | | |
| 29. | E-mail, 12/18/2019, M. McKenzie, P. Coughlan, S. Brewster, L. Conti, J. Simoni | | | | |
| 30. | E-mail, 12/20/2019, M. McKenzie, E. Boyle | | | | |
| 31. | E-mail, 12/30/2019, M. McKenzie, E. Boyle & J. Simoni | | | | |
| 32. | E-mail, 12/30/2019, M. McKenzie, S. Brewster | | | | |
| 33. | E-mail, 01/02/2020, A. Vessecchia, M. McKenzie (with attachment) | | | | |
| 34. | E-mail, 01/03/2020, M. McKenzie, P. Coughlan, S. Brewster, L. Conti, J. Simoni, Frumer, Gonzalez | | | | |
| 35. | E-mail, 01/07/2020, K. Lipson, N. Putnam, J. Simoni, E. Boyle, S. Brewster | | | | |
| 36. | E-mail, 01/08/2020, M. McKenzie, L. Conti & C. Moylan | | | | |
| 37. | E-mail, 01/09/2020, M. McKenzie, L. Conti & C. Moylan | | | | |
| 38. | E-mail, 01/10/2020, M. McKenzie, L. Sterrs | | | | |
| 39. | E-mail, 01/10/2020, M. McKenzie, L. Sterrs, Putnam, Moylan, Brewster | | | | |
| 40. | E-mail, 01/15/2020, M. McKenzie, Putnam, Brewster, Gonzalez, Conti | | | | |
| 41. | E-mail, 01/15/2020, E. Boyle, J. Simoni, K. Lipson, N. Putnam | | | | |

| Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 42. | E-mail, 01/16/2020, M. McKenzie, Undisclosed | | | | |
| 43. | E-mail, 01/17/2020, M. McKenzie, Putnam, S. Brewster, L. Sterrs, J. Simoni, Gonzalez | | | | |
| 44. | E-mail, 01/17/2020, J. Simoni, E. Boyle | | | | |
| 45. | Letter, 01/21/2020, J. Simoni, E. Boyle | | | | |
| 46. | E-mail, 01/22/2020, E. Boyle, C. Moylan | | | | |
| 47. | E-mail, 01/23/2020, M. McKenzie, C. Moylan, J. Simoni, Boyle | | | | |
| 48. | E-mail, 01/24/2020, J. Simoni, S. Brewster | | | | |
| 49. | E-mail, 01/27/2020, M. McKenzie, M. McLaughlin (attachment letter) | | | | |
| 50. | E-mail, 01/27/2020, M. McLaughlin, E. Boyle | | | | |
| 51. | Letter, 01/28/2020, J. Simoni, E. Boyle | | | | |
| 52. | Letter, 02/03/2020, E. Boyle, J. Simoni | | | | |
| 53. | E-mail, 02/07/2020, M. McKenzie, S. Brewster | | | | |
| 54. | E-mail, 02/12/2020, J. Simoni, M. McKenzie, Gonzalez | | | | |
| 55. | E-mail, 2/14/2020, J.Simoni, E. Boyle (with attachment) | | | | |
| 56. | E-mail, 02/14/2020, J. Simoni, E. Boyle | | | | |
| 57. | Verified Complaint, 7/26/2020 | | | | |
| 58. | Letter, 4/23/2020, J. Simoni, J. Torres | | | | |
| 59. | Proposed Verified Fourth Amended Answer, 4/27/2020 | | | | |
| 60. | Letter, 5/04/2020, E. Boyle, J. Moses | | | | |
| 61. | Letter, 5/07/2020, J. Simoni, J. Moses | | | | |
| 62. | E-mail, 06/12/2020, M. McKenzie, K. Lipson | | | | |
| 63. | E-mail, 06/30/2020, M. McKenzie, P. Coughlan | | | | |
| 64. | E-mail, 7/03/2020, M. McKenzie, Mattiaccio, Boyle, Vazquez, Beeber | | | | |

| Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 65. | McKenzie Third Amended Answer, Counterclaims, Cross-Claims (SDNY), 10/5/2018 | | | | |
| 66. | Deposition Transcript – Osvaldo Gonzalez, 01/07/2022 (*subject to designations by parties, objections reserved) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |