UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: McKenzie v. Brannan, et al.

DOCKET NO: 2:20-cv-00262-NT

# Joint Disputed Exhibit List - Objections

| Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 100. | Resume of Michael McKenzie | Hearsay | | | |
| 101. | AIA Accounting of Payments to Indiana | Relevance | | | |
| 102. | Email, 12/20/2019, L. Sterrs, E. Boyle, Other Counsel for Estate and SOH | Atty-Client Priv | | | |
| 103. | Email, 1/15/2020, E. Boyle, N. Putnam, L. Sterrs, Other Counsel for Estate and SOH | Atty-Client Priv | | | |
| 104. | Estate Second Amended Counterclaim v Morgan (SDNY), 3/2/2020 | Relevance | | | |
| 105. | Photographs of Robert Indiana signing McKenzie/AIA published artwork | Relevance | | | |
| 106. | Videos of Robert Indiana signing McKenzie/AIA published artwork | Relevance | | | |
| 107. | Power of Attorney, Indiana appointing Jamie Thomas, 5/7/2016 | Relevance | | | |
| 108. | Email, 7/20/2017, J. Frumer to S. Salama-Caro | Relevance | | | |
| 109. | Letter to Morgan Art Foundation, Salama-Caros from J. Frumer, 2/28/2018 | Relevance | | | |
| 110. | Letter to Christie's from J. Frumer, 3/2/2018 | Relevance | | | |
| 111. | Letter to Phillips from J. Frumer, 3/2/2018 | Relevance | | | |
| 112. | Letter to Sotheby's from J. Frumer, 3/2/2018 | Relevance | | | |
| 113. | Letter to Cyber City Inc. from J. Frumer, 3/9/2018 | Relevance | | | |
| 114. | Joint Stipulation of Facts in AAA | Relevance | | | |
| 115. | Declaration of O.Gonzalez, 08/31/2021 | Hearsay / Relevance | | | |
| 116. | AAA Interim Award with Injunction, 09/14/2021, AAA Panel, Parties | Relevance | | | |

| Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| **117.** | Stipulation and Consent Order Confirming Interim Award and Entering Injunction 10/18/2021, SDNY Judge Torres | Relevance | | | |
| **118.** | AAA Order No. 11 | Relevance | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |