# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCKENZIE, individually and doing business as AMERICAN IMAGE ART, an unincorporated dba, ) ) ) ) | |
| Plaintiff, ) | Civil Action No.: 2:20-cv-00262-NT |
| ) v. ) ) | |
| JAMES W. BRANNAN, as personal representative of THE ESTATE OF ROBERT INDIANA, and AARON M. FREY, only in his official capacity as Attorney General of the State of Maine ) ) ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANT ATTORNEY GENERAL'S RESPONSE TO DEFENDANT BRANNAN'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE ABOUT MORGAN ART FOUNDATION

Defendant Aaron M. Frey in his capacity as Attorney General of the State of Maine ("Attorney General") responds as follows to Defendant Brannan's Motion *in Limine* to Exclude Evidence about Morgan Art Foundation (Doc. 118). The Attorney General supports the Motion and agrees that evidence about Morgan Art Foundation has no relevance to the issues in this case (the enforceability of a term sheet between the Estate of Robert Indiana and the Plaintiff) and should be excluded.

AARON M. FREY
ATTORNEY GENERAL OF THE
STATE OF MAINE

DATED: July 14, 2022

/s/ Christina M. Moylan
Christina M. Moylan
Assistant Attorney General

Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800
christina.moylan@maine.gov

Counsel for Attorney General Aaron M. Frey

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2022, I electronically filed Defendant Attorney General's Response to Defendant Brannan's Motion *in Limine* to Exclude Evidence about Morgan Art Foundation using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

                                       /s/ Christina M. Moylan  
                                       Christina M. Moylan