# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCKENZIE, individually and doing business as AMERICAN IMAGE ART, an unincorporated dba, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 2:20-cv-00262-NT |
| v. | ) |
| JAMES W. BRANNAN, as personal representative of THE ESTATE OF ROBERT INDIANA, and AARON M. FREY, only in his official capacity as Attorney General of the State of Maine | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### DEFENDANT ATTORNEY GENERAL'S RESPONSE TO DEFENDANT BRANNAN'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF COMMENTS MADE BY THE MEDIATOR IN THE PORTLAND, MAINE, 2019 MEDIATION

Defendant Aaron M. Frey in his capacity as Attorney General of the State of Maine ("Attorney General") responds as follows to Defendant Brannan's Motion *in Limine* to Exclude Evidence of Comments Made by the Mediator in the Portland, Maine, 2019 Mediation. (Doc. 120). The Attorney General supports the Motion and agrees that such evidence is inadmissible hearsay and should be excluded.

 

                 AARON M. FREY
                 ATTORNEY GENERAL OF THE
                 STATE OF MAINE

DATED: July 14, 2022      /s/ Christina M. Moylan
                 Christina M. Moylan
                 Assistant Attorney General

Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800
christina.moylan@maine.gov

Counsel for Attorney General Aaron M. Frey

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2022, I electronically filed Defendant Attorney General's Response to Defendant Brannan's Motion *in Limine* to Exclude Evidence of Comments Made by the Mediator in the Portland, Maine, 2019 Mediation using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

/s/ Christina M. Moylan
Christina M. Moylan