UNITED STATES DISTRICT
DISTRICT OF MAINE

| MICHAEL MCKENZIE, | Before: Nancy Torresen |
|---|---|
| Plaintiff | U.S. District Judge |
|  | Case No.: 2:20-cv-262-NT |
| v. | Court Reporter: Lori Dunbar |
|  | Courtroom Deputy: Stacey Graf |
| JAMES W BRANNAN, et al, |  |
| Defendant(s) | **Date**: 7/20/2022 – 7/22/2022 |

## COURTROOM MINUTES: TRIAL PROCEEDINGS

| Appearances: | |
|---|---|
| Plaintiff | Bridget A. Zerner, Esq. and John J.E. Markham, II, Esq. |
| Defendant(s): | Seth W. Brewster, Esq, Alfred Joseph Falzone, III, Esq., and Christina M. Moylan, Esq. |
| Type of Counsel: | Retained |

**Bench Trial:**

☒ Bench Trial Began on 7/20/2022
☒ Bench Trial Continued/Held on: 7/21/2022
☒ Bench Trial Concluded on: 7/22/2022

☒ **Motions:** (Specify Date and Motion and/or Ruling Below

| **ECF No. 118**: MOTION in Limine *to Exclude Evidence About Morgan Art Foundation* | 7/20/22 – Oral Order Reserving Ruling on MOTION in Limine *to Exclude Evidence About Morgan Art Foundation* |
|---|---|
| **ECF. No. 119:** MOTION in Limine *to Exclude Evidence About Any Alleged Forgery of Artwork or Discussions About Robert Indiana Signing Artwork* | 7/20/22 – Oral Order Reserving Ruling on MOTION in Limine *to Exclude Evidence About Any Alleged Forgery of Artwork or Discussions About Robert Indiana Signing Artwork* |
| **ECF No. 120:** MOTION in Limine *to Exclude Evidence of Comments Made by the Mediator in the Portland, Maine 2019 Mediation* | 7/20/22 – Oral Order Reserving Ruling on MOTION in Limine *to Exclude Evidence of Comments Made by the Mediator in the Portland, Maine 2019 Mediation* |

| | |
|---|---|
| **ECF No. 135:** OBJECTION to [134] Brief *on Plaintiff Offering the Testimony of Osvaldo Gonzalez* | 7/22/22 – Oral Order Reserving Ruling on OBJECTION to [134] Brief *on Plaintiff Offering the Testimony of Osvaldo Gonzalez* |
| **ECF No. 136:** ORAL MOTION for Judgment on Partial Findings | 7/22/22 – Oral Order Reserving Ruling on ORAL MOTION for Judgment on Partial Findings |
| **ECF No. 137:** RENEWED ORAL MOTION for Judgment on Partial Findings | 7/22/22 – Oral Order Reserving Ruling on ORAL MOTION for Judgment on Partial Findings |

☒ **Other/Notes**: Simultaneous post-trial briefs due 8/15

*\*\*\*Note: Exhibit and Witness Lists are filed separately*