# UNITED STATES DISTRICT COURT
District of Maine

## Witness List

| Case Name: McKenzie v. Brannan, et al | Proceeding Type: |
| Case No.: 2:20-cv-262-NT | Bench Trial |

| | | |
|---|---|---|
| Presiding Judge: Judge Torresen | Plaintiff's Attorneys: | Defendant's Attorneys: |
| Courtroom Deputy: Stacey L. Graf | Bridget Zerner, Esq. | Seth Brewster, Esq. |
| Court Reporter: Lori Dunbar | John Markham, II, Esq. | Alfred Falzone, III, Esq. |
| | | Christina Moylan, Esq. |

| Pla | Dft | Date | WITNESS |
|---|---|---|---|
| X | | 7/20/22 | Michael McKenzie |
| | X | 7/20/22 | Edward Boyle |
| X | | 7/21/22 | Lawrence Sterrs |
| X | | 7/21/22 | Jamie Thomas |
| | X | 7/21/22 | Edward Boyle |
| X | | 7/22/22 | Michael McKenzie |
| | X | 7/22/22 | James Brannan |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |