UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCKENZIE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 2:20-cv-00262-NT |
| | ) |
| JAMES W. BRANNAN, et al | ) |
| | ) |
| Defendants, | ) |

## JUDGMENT

This matter having come before the Court, Honorable Nancy Torresen presiding, and the issues having been duly tried, and in accordance with the Findings of Fact and Conclusions of Law entered on February 1, 2023,

Plaintiff's Motion for Declaratory Judgment and to Enjoin Arbitration having been denied, JUDGMENT is hereby entered for Defendants James W. Brannon and Aaron M. Frey and against Plaintiff Michael McKenzie.

                                                CHRISTA K. BERRY
                                                CLERK


                              By:   /s/ Stacey L. Graf
                                          Deputy Clerk

Dated: February 2, 2023