# UNITED STATES DISTRICT COURT
for the
District of Maine

| | | |
|---|---|---|
| Michael McKenzie | ) | |
| v. | ) | Case No.: 2:20-cv-00262-NT |
| James W. Brannan, et al. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __02/02/2023__ against __Plaintiff Michael McKenzie__,
_Date_
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ............................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 6,901.05 |
| Fees and disbursements for printing ................................... | 475.66 |
| Fees for witnesses _(itemize on page two)_ ............................. | 120.63 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................... | |
| Docket fees under 28 U.S.C. 1923 ..................................... | |
| Costs as shown on Mandate of Court of Appeals ......................... | |
| Compensation of court-appointed experts .............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs _(please itemize)_ ........................................ | 115.60 |
| **TOTAL** | $ 7,612.94 |

_SPECIAL NOTE:_ Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _S.W.B._ (signature)

Name of Attorney: Seth W. Brewster, Esq.

For: __James W. Brannan, et al.__ Date: __03/13/2023__
_Name of Claiming Party_

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
_Clerk of Court_ _Deputy Clerk_ _Date_

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Sigmund Schutz, Portland, Maine | 1 | 40.00 | | | 1 | 0.63 | $40.63 |
| Edward Boyle, Portland, Maine | 1 | 40.00 | | | | | $40.00 |
| John Simoni, Portland, Maine | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $120.63 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

McKenzie v. Brannan

2:20-cv-00262-NT

**PACER Court Copies**

| Date | Cost | Description |
|---|---|---|
| 03/31/2022 | 95.50 | PACER Court Records |
| 06/30/2022 | 3.00 | PACER Court Records |
| 10/14/2022 | 17.10 | PACER Court Records |
|  | **TOTAL 115.60** |  |



# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: COPLEY@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

The Mercantile Building
71 Commercial Street, #700
Boston, MA 02109
Phone: 617.423.5841
Fax: 781.268.0742

BILL TO:

Eaton Peabody
100 Middle Street
P.O. Box 15235
Portland, Maine   04112-5235
207.274.5266
Attn: Alfred Falzone, Esq.

TAX ID#: 04-2861661

Job Taken   1/07/2022     4231

Reporter:
Julie Star

DATE: 1/20/2022          INVOICE #      52850

| Description | Qty | Rate | Total |
|---|---|---|---|
| Morgan Art Foundation LTD vs. McKenzie, et al | | | |
| Depo. of Osvaldo Gonzalez (vol. 2)   (zoom) | | | |
| 1 Certified Transcript | 236.00 | 3.85 | 908.60 |
| Mini w/word index (enc.) | 1.00 | 35.00 | 35.00 |
| S/H | 1.00 | 16.00 | 16.00 |
| *E-Mailed in PDF (courtesy) | 0.00 | 0.00 | |
| **Archive of Transcript (courtesy) | 0.00 | 0.00 | |
| | | Invoice Total | 959.60 |
| | | Balance Due | 959.60 |

Thank you for using Copley Court Reporting, Inc.

**THIS BILL IS NON-TRANSFERRABLE**
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention



# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: COPLEY@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

The Mercantile Building
71 Commercial Street, #700
Boston, MA 02109
Phone: 617.423.5841
Fax: 781.268.0742

BILL TO:

Eaton Peabody
100 Middle Street
West Tower—2nd fl
Portland, Maine  04101
207.274.5266
Attn: Seth W. Brewster, Esq.

TAX ID#: 04-2861661

Job Taken   5/26/2022   2752

Reporter:
Kathleen McHugh

DATE: 6/02/2022    INVOICE #   53326

| Description | Qty | Rate | Total |
|---|---|---|---|
| McKenzie vs. Brannan, et al | | | |
| Depo. of Lawrence Sterrs  (zoom) | | | |
| 1 Certified Transcript | 147.00 | 3.50 | 514.50 |
| Mini w/word index (enc.) | 1.00 | 35.00 | 35.00 |
| S/H | 1.00 | 14.50 | 14.50 |
| *E-Mailed in PDF (courtesy) | 0.00 | 0.00 | |
| *Archive of Transcript (courtesy) | 0.00 | 0.00 | |
| **Signature pages sent to Atty Markham | 0.00 | 0.00 | |
| | | Invoice Total | 564.00 |
| | | Balance Due | 564.00 |

Thank you for using Copley Court Reporting, Inc.

Disbursement ___/___/___
Amount 564.00  Exp Code 560
Client 50H   Matter 34196.3
Reason depo transcript - Sterrs
Attorney SWB  Preparer EVM

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention



# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: COPLEY@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

The Mercantile Building
71 Commercial Street, #700
Boston, MA 02109
Phone: 617.423.5841
Fax: 781.268.0742

BILL TO:

Eaton Peabody
100 Middle Street
West Tower—2nd fl
Portland, Maine 04101
207.274.5266
Attn: Seth W. Brewster, Esq.

TAX ID#: 04-2861661

Job Taken 6/02/2022 2752

Reporter:
Kathleen McHugh

DATE: 6/09/2022

**INVOICE #** 53339

| Description | Qty | Rate | Total |
|---|---|---|---|
| McKenzie vs. Brannan | | | |
| Depo. of James W. Brannan (zoom) | | | |
| 1 Certified Transcript | 100.00 | 3.50 | 350.00 |
| Mini w/word index (enc.) | 1.00 | 35.00 | 35.00 |
| S/H | 1.00 | 14.00 | 14.00 |
| *E-Mailed in PDF (courtesy) | 0.00 | 0.00 | |
| *Archive of Transcript (courtesy) | 0.00 | 0.00 | |
| **Signature pages enc. | 0.00 | 0.00 | |
| | | Invoice Total | 399.00 |
| | | Balance Due | 399.00 |

Thank you for using Copley Court Reporting, Inc.

Disbursement
Amount 399.00 Exp Code 560
Client Star of Hope Matter 34196.3
Reason transcript of Brannan Depo.
Attorney SWB Preparer EVM

**THIS BILL IS NON-TRANSFERRABLE**
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention



**Gaige & Feliccitti, LLC**
205 Woodford Street
Portland ME 04103
scheduling@gandfreporting.com
207.854.5296
www.gandfreporting.com

Tax ID 46-3855727

Seth Brewster, Esq.
Eaton Peabody - Portland
P.O. Box 15235
Portland, ME 04112-5235

# Invoice #14399

| Date | Terms |
|---|---|
| 07/07/2022 | Net - 30 Days |

### Job #5211 on 06/09/2022

**Case:** Michael McKenzie vs. James W. Brannan
**Location:** G&F Zoom Room 2
**Shipped On:**
**Shipped Via:** UPS
**Delivery Type:** Normal
**Sub:** Miller, Leslie; Rhine, Merissa A.
**Services:** Stenography - Remote/Zoom; Videography; Virtual Meeting Technician

| Description | Price | Qty | Amount |
|---|---:|---:|---:|
| **Original Transcript Deposition of Michael McKenzie** | | | |
| Appearance Fee - Full Day | $ 195.00 | 1.00 | $ 195.00 |
| After Hours Appearance Fee (1.75 Hours) | $ 50.00 | 1.00 | $ 87.50 |
| Original & 1 (390 Pages) | $ 4.00 | 1.00 | $ 1,560.00 |
| Electronic Exhibit Processing and Handling (452 Pages) | $ 0.65 | 1.00 | $ 293.80 |
| Virtual Video Meeting Techician and Videographer (8.75 Hours | $ 95.00 | 1.00 | $ 831.25 |
| 24/7 Online Repository - Complimentary | | 1.00 | $ 0.00 |
| Shipping | $ 19.95 | 1.00 | $ 19.95 |
| | | | $ 2,987.50 |

| | Amount Due: | $ 2,987.50 |
|---|---:|---:|
| | Paid: | $ 0.00 |
| **Balance Due:** | | **$ 2,987.50** |
| **Payment Due:** | | **Upon Receipt** |

TAX ID: 46-3855727 To pay online, go to https://www.gandfreporting.com/ and click on Pay Invoices Online. Ordered transcripts

*Thank you!*

Disbursement
Amount 2987.50 Exp Code 5160
Client Star of Hope Matter 34196.3
Reason transcript McKenzie Depo.
Attorney SWB Preparer EVM

 **Eaton Peabody** Attorneys at Law

PORTLAND NFE ACCOUNT
ONE PORTLAND SQUARE
PORTLAND, ME 04101

 **Machias Savings Bank**   BANGOR, ME 04401

52-7453/2112

**5211**

7/14/2022

PAY TO THE ORDER OF: Sigmund Schutz     $ 40.63

Forty and 63/100     DOLLARS

AMOUNTS OVER $10,000 REQUIRE TWO SIGNATURES
VOID AFTER 90 DAYS

*S. W. B.*

MEMO: 34196.3 / Witness Fee and Mileage



⑈005211⑈ ⑆211274531⑆ 813 0256510⑈

---

PORTLAND NFE ACCOUNT
PORTLAND, ME 04101

5211

7/14/2022

Acct #    34196.3 / Witness Fee and Mileage     40.63

---

PORTLAND NFE ACCOUNT
PORTLAND, ME 04101

5211

7/14/2022

40.63

Acct #    34196.3 / Witness Fee and Mileage

SF5001NLHG-1    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422    CSZ4M60010000    B17SF019768

Safeguard LITHO USA SFHG1 CK7SHG111H

AEFE95 STKDK01 04/19/2021 14:...-214-

# SATELLITE CHECK VOUCHER
## FOR PREPAID ITEMS ONLY - VIA E-MAIL

**July 14, 2022**

**Client Name:** Star of Hope, Inc.    **Matter:** Michael McKenzie/AIA Litigation

**Client Expense Account** __x__    **Firm Account** _____

**Client Number & Matter:** 34196.3

**Expense Code:** 590

**Reason for Payment:** Witness Appearance Fee/Mileage

**Pay to:** Sigmund Schutz

**Amount:** $ 40.63

**Atty:** SWB

**Date Needed by:** 7/14/22

**Time Needed by:** any

**Return to:** Elisa

---

### BRIEF SUMMARY OF EXPENSE CODES

| | | | | | |
|---|---|---|---|---|---|
| 200 | Abstracting | 340 | Deposition Cost | 475 | Record Book |
| 205 | Accident Report | 345 | Driving Record | 480 | Recording Fee |
| 210 | Appraisal Fee | 350 | Execution & Copy | 490 | Registry Copies |
| 215 | Annual Report | 360 | Expert Fee | 500 | Reimbursement/Refund |
| 220 | Attested Copies | 365 | Fax Charges | 505 | Surveying Fee |
| 230 | Birth Certificate | 370 | Filing Fee | 510 | Service Fee |
| 240 | Certificate of Good Standing | 380 | Final Update | 520 | Title Examination |
| 250 | Certificate of Discharge | 390 | Foreclosure Update | 530 | Title Insurance premium |
| 260 | Certificate of Appointment | 400 | Legal Service | 535 | Title Rundown |
| 270 | Certificate of Judgment | 405 | Paralegal Service | 540 | Title Search |
| 280 | Certified Copies | 408 | Library copies | 550 | Title Update |
| 290 | Certified Copy of Will | 410 | Medial Report | 560 | Transcript Cost |
| 300 | Copy of Plans | 420 | Notice to Creditor | 570 | Transfer Tax |
| 305 | Criminal Background Check | 430 | Photographic Service | 575 | UCC Filing |
| 310 | Copying Outside Service | 440 | Postcard Notice | 580 | UCC Search & Copies |
| 315 | Courier Service | 450 | Professional Service | 590 | Witness Fee |
| 320 | Court Copies | 455 | Postage | 595 | Wire Transfer Fee |

{EP - 04276434 - v1 }


**Eaton Peabody** Attorneys at Law

PORTLAND NFE ACCOUNT
ONE PORTLAND SQUARE
PORTLAND, ME 04101


**Machias Savings Bank** BANGOR, ME 04401

52-7453/2112

5212

7/14/2022

PAY TO THE ORDER OF  Edward Boyle     $  40.00

Forty and no/100                                    DOLLARS

AMOUNTS OVER $10,000 REQUIRE TWO SIGNATURES
VOID AFTER 90 DAYS

*S. W. B—*

MEMO  34196.3 / Witness Fee and Mileage

⑂005212⑂ ⑃211274531⑂ 813 0256510⑂

PORTLAND NFE ACCOUNT
PORTLAND, ME 04101                                    5212

7/14/2022

Acct #   34196.3 / Witness Fee and Mileage           40.00


PORTLAND NFE ACCOUNT
PORTLAND, ME 04101                                    5212

7/14/2022
40.00

Acct #   34196.3 / Witness Fee and Mileage

# SATELLITE CHECK VOUCHER
## FOR PREPAID ITEMS ONLY - VIA E-MAIL

**July 14, 2022**

**Client Name:** Star of Hope, Inc.  **Matter:** Michael McKenzie/AIA Litigation

**Client Expense Account** __x__  **Firm Account** _____

**Client Number & Matter:** 34196.3

**Expense Code:** 590

**Reason for Payment:** Witness Appearance Fee

**Pay to:** Edward Boyle

**Amount:** $ 40.00

**Atty:** SWB

**Date Needed by:** 7/14/22

**Time Needed by:** any

**Return to:** Elisa

## BRIEF SUMMARY OF EXPENSE CODES

| | | | | | |
|---|---|---|---|---|---|
| 200 | Abstracting | 340 | Deposition Cost | 475 | Record Book |
| 205 | Accident Report | 345 | Driving Record | 480 | Recording Fee |
| 210 | Appraisal Fee | 350 | Execution & Copy | 490 | Registry Copies |
| 215 | Annual Report | 360 | Expert Fee | 500 | Reimbursement/Refund |
| 220 | Attested Copies | 365 | Fax Charges | 505 | Surveying Fee |
| 230 | Birth Certificate | 370 | Filing Fee | 510 | Service Fee |
| 240 | Certificate of Good Standing | 380 | Final Update | 520 | Title Examination |
| 250 | Certificate of Discharge | 390 | Foreclosure Update | 530 | Title Insurance premium |
| 260 | Certificate of Appointment | 400 | Legal Service | 535 | Title Rundown |
| 270 | Certificate of Judgment | 405 | Paralegal Service | 540 | Title Search |
| 280 | Certified Copies | 408 | Library copies | 550 | Title Update |
| 290 | Certified Copy of Will | 410 | Medial Report | 560 | Transcript Cost |
| 300 | Copy of Plans | 420 | Notice to Creditor | 570 | Transfer Tax |
| 305 | Criminal Background Check | 430 | Photographic Service | 575 | UCC Filing |
| 310 | Copying Outside Service | 440 | Postcard Notice | 580 | UCC Search & Copies |
| 315 | Courier Service | 450 | Professional Service | 590 | Witness Fee |
| 320 | Court Copies | 455 | Postage | 595 | Wire Transfer Fee |

{EP - 04276431 - v1 }



**Eaton Peabody** Attorneys at Law

PORTLAND NFE ACCOUNT
ONE PORTLAND SQUARE
PORTLAND, ME 04101

**Machias Savings Bank** BANGOR, ME 04401

52-7453/2112

5213

7/14/2022

PAY TO THE ORDER OF John Simoni $ 40.00

Forty and no/100 DOLLARS

AMOUNTS OVER $10,000 REQUIRE TWO SIGNATURES
VOID AFTER 90 DAYS

S.W. B—

MEMO 34196.3 / Witness Fee and Mileage

⑆005213⑆ ⑆211274531⑆ 813 0256510⑆

---

PORTLAND NFE ACCOUNT
PORTLAND, ME 04101

5213

7/14/2022

Acct # 34196.3 / Witness Fee and Mileage 40.00

---

PORTLAND NFE ACCOUNT
PORTLAND, ME 04101

5213

7/14/2022
40.00

Acct # 34196.3 / Witness Fee and Mileage

# SATELLITE CHECK VOUCHER
## FOR PREPAID ITEMS ONLY - VIA E-MAIL

**July 14, 2022**

**Client Name:** Star of Hope, Inc.  **Matter:** Michael McKenzie/AIA Litigation

**Client Expense Account** __x__   **Firm Account** _____

**Client Number & Matter:** 34196.3

**Expense Code:** 590

**Reason for Payment:** Witness Appearance Fee

**Pay to:** John Simoni

**Amount:** $ 40.00

**Atty:** SWB

**Date Needed by:** 7/14/22

**Time Needed by:** any

**Return to:** Elisa

## BRIEF SUMMARY OF EXPENSE CODES

| | | | | | |
|---|---|---|---|---|---|
| 200 | Abstracting | 340 | Deposition Cost | 475 | Record Book |
| 205 | Accident Report | 345 | Driving Record | 480 | Recording Fee |
| 210 | Appraisal Fee | 350 | Execution & Copy | 490 | Registry Copies |
| 215 | Annual Report | 360 | Expert Fee | 500 | Reimbursement/Refund |
| 220 | Attested Copies | 365 | Fax Charges | 505 | Surveying Fee |
| 230 | Birth Certificate | 370 | Filing Fee | 510 | Service Fee |
| 240 | Certificate of Good Standing | 380 | Final Update | 520 | Title Examination |
| 250 | Certificate of Discharge | 390 | Foreclosure Update | 530 | Title Insurance premium |
| 260 | Certificate of Appointment | 400 | Legal Service | 535 | Title Rundown |
| 270 | Certificate of Judgment | 405 | Paralegal Service | 540 | Title Search |
| 280 | Certified Copies | 408 | Library copies | 550 | Title Update |
| 290 | Certified Copy of Will | 410 | Medial Report | 560 | Transcript Cost |
| 300 | Copy of Plans | 420 | Notice to Creditor | 570 | Transfer Tax |
| 305 | Criminal Background Check | 430 | Photographic Service | 575 | UCC Filing |
| 310 | Copying Outside Service | 440 | Postcard Notice | 580 | UCC Search & Copies |
| 315 | Courier Service | 450 | Professional Service | 590 | Witness Fee |
| 320 | Court Copies | 455 | Postage | 595 | Wire Transfer Fee |

{EP - 04276428 - v1 }

| | UNITED STATES DISTRICT COURT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ST44 Rev. 04/18 Derived from AO44 Rev. 04/18 | For the District of Maine | | | | | | | | |

| INVOICE 20221234 | |
|---|---|
| Seth Brewster<br>Eaton Peabody Portland<br>100 Middle Streeet, West Tower Second Floor<br>P.O. Box 15235<br>Portland, ME 04112<br>(207) 274-5266 | **MAKE CHECKS PAYABLE TO:**<br>Lori Dunbar, RMR, CRR<br>United States Court Reporter<br>156 Federal Street<br>Portland, ME 04101<br>(207) 749-4072<br>loridunbar@maine.rr.com |

| _ CRIMINAL   X CIVIL | DATE ORDERED: 07-25-2022 | DATE DELIVERED: 08-01-2022 |
|---|---|---|

**In the matter of:** 2:20-CV-00262-NT, Michael McKenzie v James Brannan

Bench Trial, 7/20-22/22

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 363 | 4.85 | 1760.55 | 256 | 0.90 | 230.40 | | | | 1990.95 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 1990.95 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 1990.95 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| /s/ Lori D. Dunbar | 08-01-2022 |

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# SATELLITE CHECK VOUCHER
## FOR PREPAID ITEMS ONLY - VIA E-MAIL

**August 1, 2022**

**Client Name:** Star of Hope, Inc.    **Matter:** Michael McKenzie/AIA Litigation

**Client Expense Account** ___x___    **Firm Account** _____

**Client Number & Matter:** 34196.3

**Expense Code:** 310

**Reason for Payment:** Trial Exhibit Binders 1/3 of cost – Invoice No. 88556

**Pay to:** Boston Business Printing, Inc.

**Amount:** $ 475.66

**Atty:** SWB

**Date Needed by:** any

**Time Needed by:** any

**Return to:** Elisa

---

## *BRIEF SUMMARY OF EXPENSE CODES*

| | | | | | |
|---|---|---|---|---|---|
| 200 | Abstracting | 340 | Deposition Cost | 475 | Record Book |
| 205 | Accident Report | 345 | Driving Record | 480 | Recording Fee |
| 210 | Appraisal Fee | 350 | Execution & Copy | 490 | Registry Copies |
| 215 | Annual Report | 360 | Expert Fee | 500 | Reimbursement/Refund |
| 220 | Attested Copies | 365 | Fax Charges | 505 | Surveying Fee |
| 230 | Birth Certificate | 370 | Filing Fee | 510 | Service Fee |
| 240 | Certificate of Good Standing | 380 | Final Update | 520 | Title Examination |
| 250 | Certificate of Discharge | 390 | Foreclosure Update | 530 | Title Insurance premium |
| 260 | Certificate of Appointment | 400 | Legal Service | 535 | Title Rundown |
| 270 | Certificate of Judgment | 405 | Paralegal Service | 540 | Title Search |
| 280 | Certified Copies | 408 | Library copies | 550 | Title Update |
| 290 | Certified Copy of Will | 410 | Medial Report | 560 | Transcript Cost |
| 300 | Copy of Plans | 420 | Notice to Creditor | 570 | Transfer Tax |
| 305 | Criminal Background Check | 430 | Photographic Service | 575 | UCC Filing |
| 310 | Copying Outside Service | 440 | Postcard Notice | 580 | UCC Search & Copies |
| 315 | Courier Service | 450 | Professional Service | 590 | Witness Fee |
| 320 | Court Copies | 455 | Postage | 595 | Wire Transfer Fee |

{EP - 04292891 - v1 }



# Invoice

**No: 88556**  **Date: 07/27/22**

SHIP TO:

Bridget Zerner
Markham & Read
One Commercial Wharf West
Boston MA 02110

Markham & Read
One Commercial Wharf West
Boston MA 02110

Courier Service 7/22/2022
Fax: 617-742-8604

| Acct.No | Ordered by | Phone | P.O. No | Prepared by | Sales Rep | Ship By |
|---|---|---|---|---|---|---|
| 210 | Bridget Zerner | 617-523-6329 | | Juni Gonzalez | Warren | Courier Service |

| Quantity | Description | | Price |
|---|---|---|---|
| 7 | (7) Litigation Copies with Binders; B&W; 3 Hole Drill; 86 Tabs manually inserted; 3 Ring Binders | | 1,310.10 |

*From the BBP team, we appreciate your business and thank you for putting your trust in us. We hope to continue to serve you in the future.*

*We accept all major credit cards, checks and ACH payments.*

*We reserve the right to charge your card again should you leave out sales tax and/or shipping cost*

*Credit $708.35 was used up on invoices 46358, 45624 and 46355*

| | |
|---|---|
| Subtotal | 1,310.10 |
| Shipping | 35.00 |
| Postage | 0.00 |
| Tax | 81.88 |
| TOTAL | 1,426.98 |
| Paid | 0.00 |
| BALANCE | 1,426.98 |
| Terms | Net 30 Days |

Boston Business Printing, Inc. · 115 Broad Street Lower Level · Boston MA 02110 · (617) 482-7955

(print# 1)

# Elisa McPhee

**From:** Elisa McPhee
**Sent:** Monday, August 1, 2022 2:28 PM
**To:** bzerner; John Markham
**Cc:** 'Moylan, Christina'; Seth Brewster; Alfred Falzone
**Subject:** RE: Boston Business Printing, Inc. - Invoice

Defendant Brannan will also send a check for a third ($475.66) directly to Boston Business Printing.


-----Original Message-----
From: Moylan, Christina <Christina.Moylan@maine.gov>
Sent: Friday, July 29, 2022 6:23 AM
To: bzerner <bzerner@markhamreadzerner.com>; Seth Brewster <SBrewster@eatonpeabody.com>; Alfred Falzone <AFalzone@eatonpeabody.com>; Elisa McPhee <EMcPhee@eatonpeabody.com>
Cc: John Markham <jmarkham@markhamreadzerner.com>
Subject: RE: Boston Business Printing, Inc. - Invoice


**** This message was sent from an external sender ****


The AG will plan to send a check for a third ($475.66) directly to Boston Business Printing

-----Original Message-----
From: Bridget Zerner <bzerner@markhamreadzerner.com>
Sent: Wednesday, July 27, 2022 4:32 PM
To: SBrewster <SBrewster@eatonpeabody.com>; Moylan, Christina <Christina.Moylan@maine.gov>; AFalzone <AFalzone@eatonpeabody.com>; EMcPhee <EMcPhee@eatonpeabody.com>
Cc: John Markham <jmarkham@markhamreadzerner.com>
Subject: FW: Boston Business Printing, Inc. - Invoice

EXTERNAL: This email originated from outside of the State of Maine Mail System. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon -

Attached is the invoice for the exhibit binders. Let me know how you want to handle the split payments - if you are sending payment directly to BBP - thanks.

Bridget A. Zerner
MARKHAM READ ZERNER LLC
One Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com